Núm. 8130.—CARTAGENA, apldos. *v.* RODRÍGUEZ ET AL., apltes.— C. D. Humacao. Abril 25, 1940.

(Por la Corte a propuesta del Juez Asociado Sr. Hutchison.)

Vista, con la sola asistencia de la parte apelada, la moción que antecede sobre desestimación del presente recurso por frívolo; habiéndose radicado ya en la secretaría de este tribunal el legajo de la sentencia, inclusive de una transcripción de la evidencia; estando pendiente de la presentación de un alegato por los demandados apelantes y no habiéndosenos convencido de que el recurso carece de todo mérito, a pesar de las deficiencias del escrito de oposición radicado por dichos demandados apelantes, no ha lugar por ahora a la desestimación solicitada, debiendo los demandados apelantes radicar su referido alegato a la mayor brevedad posible sin solicitar prórrogas innecesarias o carentes de motivos extraordinarios y bien justificados.

En los siguientes casos, a propuesta de sus distintos Jueces, el tribunal se negó a desestimar los recursos, por no aparecer o resultar claramente frívolos:

Núms. 8030, 8128, 8148 y 8152.

Núm. 8092.—RUIZ, aplte. *v.* ORTA, aplda.—C. D. Humacao. Febrero 2, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, en el caso arriba expresado el apelante radicó en esta corte la transcripción de evidencia con fecha 9 de noviembre último, sin que hasta la fecha haya radicado su alegato o solicitado prórroga para ello;

POR CUANTO, con fecha 5 de enero último la apelada radicó una moción solicitando la desestimación del recurso por el defecto apuntado;

POR CUANTO, dicha moción fué debidamente notificada al apelante, señalándose la vista de la misma para el 29 de enero pasado, la que se celebró con la sola asistencia e informe del abogado de la apelada;

POR TANTO, vistos los autos de este caso, se declara con lugar la moción y se desestima el recurso.